JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff LANCE ROEHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LANCE ROEHL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOOP CULTURE, INC., a Florida corporation,<br><br>    Defendant. | Case No.: 4:13-CV-4640-DMR<br><br>**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Lance Roehl and Defendant Hoop Culture, Inc. ("HCI") do hereby consent to entry of a Consent Judgment and Permanent Injunction as follows:

Plaintiff Roehl having filed a complaint pursuant to the Lanham Act against Defendant HCI arising out of HCI's alleged sale of goods bearing infringing copies of Roehl's GAME 7 and/or GAME SEVEN trademarks (U.S. Reg. Nos. 2,412,709; 3,339,679; 4,059,974; 4,086,066; and 4,258,440) for goods and services including but not limited to wearing apparel, short-sleeved or long-sleeved t-shirts, bags for sports equipment, online retail store services and sporting equipment (the GAME 7 and GAME SEVEN marks are referred to collectively herein as the "GAME 7 Marks"), and the Court having reviewed the complaint and other pleadings, and the assent of the parties;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Permanent Injunction is entered against Defendant HCI as follows:

1. That HCI and its officers, agents, owners, employees, confederates, attorneys and any persons in active concert or participation with them be permanently enjoined and restrained from:

    a) Using the GAME 7 Marks, or any other confusingly similar mark including, without limitation, GAME 7 EVERY DAY, and/or any reproduction, copy or colorable imitation of said mark, in connection with the advertising, manufacturing, offering for sale, distribution or sale of clothing or any other goods or services that are not authorized by Roehl;

    b) Using the GAME 7 Marks or any other confusingly similar mark including, without limitation, GAME 7 EVERY DAY, in connection with any reproduction, copy or colorable imitation of said mark on clothing in any manner likely to cause others to believe that any of HCI's goods or services are made by, distributed by, associated or connected with Roehl's goods or services;

    c) Committing any other acts calculated to cause actual or potential purchasers to be confused regarding the source or sponsor of HCI's and/or Roehl's goods and/or

1  services; and

2  d) Aiding or abetting any supplier, distributor or any other person or business
3  entity in engaging in or performing any of the activities referred to in the above
4  subparagraphs a through c;

5  2. The Court retains jurisdiction to enforce or modify this Permanent Injunction as
6  may be appropriate.

7  Defendant HCI is hereby given notice that it shall be deemed to have actual notice of the
8  issuance and terms of this Permanent Injunction and that any act by it in violation of the terms
9  thereof may be considered and prosecuted as contempt of this Court.

10  IT IS SO ORDERED.

11  DATED: February 24, 2014

14  _____
   DONNA M. RYU
15  UNITED STATES MAGISTRATE JUDGE

16  APPROVED AS TO FORM:

18  Dated: February 24, 2014    SKAGGS FAUCETTE LLP

19                              By:  /s/
                                    Jeffrey E. Faucette
20                              Attorneys for Plaintiff LANCE ROEHL

23  Dated: February 24, 2014    GREENFIELD SULLIVAN DRAA & HARRINGTON LLP

24                              By:  /s/
                                    Matthew R. Schultz
25                              Attorneys for Defendant HOOP CULTURE, INC.

**Filer's Attestation**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendant's counsel.

By: /s/
Jeffrey E. Faucette

